ACCEPTED
01-14-00923-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 8:29:07 AM
CHRISTOPHER PRINI
CLERK

**NO**. **01-14-00923-CR**
IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 8:29:07 AM
CHRISTOPHER A. PRINE
Clerk

**ADAM P. PATY**

**v.**

**STATE OF TEXAS**

On Appeal from the County Criminal Court at Law No. 11
Harris County, Texas
Trial Court No. 1921947

**PATY'S *FIRST* MOTION FOR EXTENSION OF TIME
TO FILE APPELLATE BRIEF**

Appellant, through undersigned Neal Davis, files this first motion for an extension of time to file his brief, showing specifically:

1.     According to this Court's website, the Appellant's brief is due January 20, 2015.

2.     A jury convicted Appellant of driving while intoxicated and he was sentenced to probation.  He is on an appeal bond.

3.     The complete reporter's record was filed on December 18, 2014, and the clerk's record was filed on December 12, 2014.

4.    Undersigned had a prepaid vacation to Cancun, Mexico, from December 27 to January 4, 2014.

5.    Undersigned had to prepare for trial in *State v. Rickie Patterson*, in Galveston County, Texas, which involved several felony cases set for trial in early January 2014 and that pled on or about December 19, 2014.

6.    Undersigned has had to prepare for, and testify as a witness, at a writ hearing for almost eight hours in *Ex parte David Temple* in Harris County, Texas, on January 13, 2015.

7.    In addition, undersigned has had to tend to several criminal docket settings virtually every weekday in the Harris County Criminal Justice Center.

Paty therefore respectfully requests a 60-day extension to file his appellate brief.

Respectfully submitted,

STRADLEY, DAVIS & REYNAL LLP

____/S/ NEAL DAVIS_____
Neal Davis
Texas Bar No. 24001117

917 Franklin Street, Suite 600
Houston, Texas 77002
Telephone:(713) 227-4444
Facsimile: (800) 760-7140
**LAWYER FOR APPELLANT**


## CERTIFICATE OF SERVICE

I certify that a copy of **PATY'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF** has been delivered to Harris County Assistant District Attorney's Office via electronic filing on January 15, 2015 and via email.

_____/s/ Neal Davis_____
Neal Davis

NO. 01-14-00923-CR
IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

_____

## ADAM P. PATY

**v.**

## STATE OF TEXAS

_____

On Appeal from the County Criminal Court at Law No. 11
Harris County, Texas
Trial Court No. 1921947

_____

## ORDER

_____

Upon considering **PATY'S *FIRST* MOTION FOR EXTENSION OF**

**TIME**

**TO FILE APPELLATE BRIEF —**

*It is ordered* GRANTED.

Appellant's brief is due on _____.

Signed _____ _____, 2015.

_____
JUDGE PRESIDING
4